No. 768, Misc. SAPP *v.* CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Charles P. Just,* Deputy Attorney General, for respondents.

No. 769, Misc. PEREA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *W. Peter McAtee* for petitioner. *Solicitor General Griswold* for the United States.

No. 792, Misc. CALLISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *W. Edward Morgan* for petitioner. *Solicitor General Griswold* for the United States.

No. 802, Misc. SCHLETTE *v.* CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Robert J. Polis,* Deputy Attorney General, for respondents.

No. 813, Misc. BANKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 921, Misc. HARRIS *v.* COX, PENITENTIARY SUPERINTENDENT. Sup. Ct. App. Va. Certiorari denied. *Seymour Horwitz* for petitioner. *W. Luke Witt,* Assistant Attorney General of Virginia, for respondent.

No. 944, Misc. AMSLEY *v.* WEST VIRGINIA RACING COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. *Edwin F. Lark* for petitioner.